**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Hughes Satellite Systems Corporation, *et al.*,[1] | ) | Case No. 26-90739 (ARP) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | (Emergency Hearing Requested) |

**DEBTORS' EMERGENCY *EX PARTE* APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF EPIQ CORPORATE RESTRUCTURING, LLC AS CLAIMS, NOTICING, AND SOLICITATION AGENT**

**Emergency relief has been requested. Relief is requested not later than 1:00 p.m. (prevailing Central Time) on August 3, 2026.**

**If you object to the relief requested or you believe that emergency consideration is not warranted, you must appear at the hearing if one is set, or file a written response prior to the date that relief is requested in the preceding paragraph. Otherwise, the Court may treat the pleading as unopposed and grant the relief requested.**

**A hearing will be conducted on this matter on August 3, 2026 at 1:00 p.m. (prevailing Central Time) in Courtroom 400, 4th Floor, 515 Rusk Street, Houston, Texas 77002. Participation at the hearing will only be permitted by an audio and video connection.**

**Audio communication will be by use of the Court's dial-in facility. You may access the facility at (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Pérez's conference room number is 282694. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Pérez's home page. The meeting code is "JudgePérez". Click the settings icon in the upper right corner and enter your name under the personal information setting.**

**Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Pérez's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.**

[1] The last four digits of Hughes Satellite Systems Corporation's tax identification number are 7865. A complete list of each of the Debtors in these Chapter 11 Cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/HughesSatellite. The location of the Debtors' corporate headquarters and the Debtors' service address is 9601 S. Meridian Blvd., Englewood, Colorado 80112.

The debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") file this emergency *ex parte* application (this "**Application**") to employ and retain Epiq Corporate Restructuring, LLC ("**Epiq**") as claims, noticing, and solicitation agent, and state as follows in support of this Application:

**Relief Requested**

1. The Debtors request entry of an order (the "**Proposed Order**") substantially in the form attached hereto, authorizing the Debtors to employ and retain Epiq as claims, noticing, and solicitation agent in accordance with the terms and conditions set forth in the engagement letter dated July 3, 2026 (the "**Engagement Letter**"), attached hereto as **Exhibit 1**.

2. This Application is supported by the *Declaration of Kathryn Tran in Support of the Debtors' Emergency* Ex Parte *Application for Entry of an Order Authorizing the Employment and Retention of Epiq Corporate Restructuring, LLC as Claims, Noticing, and Solicitation Agent* (the "**Tran Declaration**"), attached hereto as **Exhibit 2**.

3. A detailed description of the Debtors and their businesses, including the facts and circumstances giving rise to the Debtors' Chapter 11 Cases, is set forth in the *Declaration of Robert Del Genio in Support of Chapter 11 Petitions and Requests for First Day Relief* (the "**First Day Declaration**").[2]

4. Emergency *ex parte* consideration of this Application is requested to effectuate the Debtors' transition into chapter 11 and to immediately begin providing effective notice of pleadings and orders to interested parties. For the reasons set forth below, the relief requested is in the best interest of the Debtors, their estates, creditors, and other parties in interest and should be granted.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the First Day Declaration.

## Jurisdiction, Venue, and Predicates for Relief

5. The United States Bankruptcy Court for the Southern District of Texas (the "**Court**") has jurisdiction over this matter under 28 U.S.C. § 1334. This matter is a core proceeding under 28 U.S.C. § 157(b). The Debtors consent to the entry of a final order by the Court. Venue is proper under 28 U.S.C. §§ 1408 and 1409.

6. The predicates for the relief requested are 28 U.S.C. § 156(c) and sections 105(a), 503(b), and 1107 of title 11 of the United States Code (the "**Bankruptcy Code**"), rules 6003 and 6004 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and rule 9013-1(b) of the Bankruptcy Local Rules for the Southern District of Texas (the "**Bankruptcy Local Rules**").

## Request to Employ and Retain Epiq

7. The Debtors request approval to employ and retain Epiq to serve as claims, noticing, and solicitation agent in these Chapter 11 Cases to provide the services outlined in the Engagement Letter. The Debtors believe that Epiq's employment and retention is in the best interests of the estates.

8. Epiq's rates are competitive and reasonable, and Epiq has the expertise required in a complex chapter 11 case.

9. The Debtors request that this Court authorize Epiq's employment and retention.

## Compensation

10. The Debtors request that Epiq's fees and expenses be paid as administrative expenses in the ordinary course of the Debtors' business without further application or order of the Court. Should a dispute develop, the matter will be brought to the Court for resolution. Epiq agrees to maintain records of all services showing dates, categories of services, fees charged, and expenses incurred.

11. Epiq will provide a monthly invoice to the Debtors, Debtors' counsel, the United States Trustee for the Southern District of Texas (the "**U.S. Trustee**"), counsel for any official committee appointed in these Chapter 11 Cases, and any party in interest who specifically requests service of the monthly invoices in writing.

12. Prior to the Petition Date, the Debtors provided Epiq an advance in the amount of $100,000. Epiq will hold and apply these funds in accordance with the Engagement Letter.

**Indemnification**

13. The Debtors have agreed to indemnify Epiq as set forth in the Engagement Letter. Notwithstanding anything to the contrary, Epiq will not be indemnified for liability arising out of gross negligence, willful misconduct, or certain other matters identified in the Proposed Order.

**Disinterestedness**

14. Epiq has reviewed its electronic conflicts database to determine whether it has any relationships with the Debtors' creditors and parties in interest. As stated in the Tran Declaration, Epiq may have relationships with certain of the Debtors' creditors or parties in interest as vendors or in connection with matters in which Epiq serves or has served in a neutral capacity, such as a claims, noticing, and solicitation agent for another chapter 11 debtor, an e-discovery services provider, a class action settlement administrator, or a qualified settlement fund manager. Except as disclosed in the Tran Declaration, Epiq represents that it neither holds nor represents any interest materially adverse to the Debtors' estates in connection with any matter on which it would be employed. To the best of the Debtors' knowledge, Epiq is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code. Epiq agrees that it will supplement its disclosure to the Court if any facts or circumstances are discovered that would require such additional disclosure.

The Debtors request that the Court enter the Proposed Order granting the relief requested in this Application and such other relief as the Court deems appropriate under the circumstances.

August 2, 2026
Houston, Texas

Respectfully submitted,

*/s/ Charles R. Koster*

**WHITE & CASE LLP**
Charles R. Koster (Texas Bar No. 24128278)
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone: (713) 496-9700
Facsimile: (713) 496-9701
Email: charles.koster@whitecase.com

Roberto J. Kampfner (*pro hac vice* pending)
555 S. Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Email: rkampfner@whitecase.com

David M. Turetsky (*pro hac vice* pending)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: david.turetsky@whitecase.com

**WHITE & CASE LLP**
Thomas E Lauria (Texas Bar No. 11998025)
Michael C. Shepherd (*pro hac vice* pending)
Matthew C. Brown (*pro hac vice* pending)
Fan B. He (*pro hac vice* pending)
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Email: tlauria@whitecase.com
mshepherd@whitecase.com
mbrown@whitecase.com
fhe@whitecase.com

Jason N. Zakia (*pro hac vice* pending)
Matthew E. Linder (*pro hac vice* pending)
Adam T. Swingle (*pro hac vice* pending)
300 North La Salle Drive
Chicago, Illinois 60654
Telephone: (312) 881-5400
Email: jzakia@whitecase.com
mlinder@whitecase.com
adam.swingle@whitecase.com

*Proposed Counsel to Debtors and Debtors-in-Possession*

**Certificate of Accuracy**

I certify that the foregoing statements are true and accurate to the best of my knowledge. This statement is being made pursuant to Bankruptcy Local Rule 9013-1(i).

/s/ *Charles R. Koster*
Charles R. Koster

**Certificate of Service**

I certify that on August 2, 2026, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Charles R. Koster*
Charles R. Koster