**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Hughes Satellite Systems Corporation, *et al.*,[1] | ) | Case No. 26-90739 (ARP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | (Emergency Hearing Requested) |

**NOTICE OF VIRTUAL HEARING ON SEPTEMBER 22, 2026 AT 3:00 P.M. (PREVAILING CENTRAL TIME)**

**PLEASE TAKE NOTICE** that, in accordance with sections A and I of the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, a virtual hearing (the "**Hearing**") is set for **September 22, 2026 at 3:00 p.m. (prevailing Central Time)**, before the Honorable Alfredo R. Pérez to consider the *Debtors' Emergency Motion to Strike the Noteholder Group's Termination Motion and Plan Term Sheet* [Docket No. 331].

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted virtually only. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. Once connected, you will be asked to enter the conference room number. Judge Perez's conference room number is 282694. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Perez's home page (https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-alfredo-r-perez). The meeting code is "JudgePerez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your electronic appearance, click the "Electronic Appearance" link on Judge Perez's home page. Select the case name, complete the required fields, and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that all documents filed in these chapter 11 cases are available free of charge by visiting https://dm.epiq11.com/HughesSatellite. Copies of any pleadings or papers filed with the Court may also be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

[1] The last four digits of Hughes Satellite Systems Corporation's tax identification number are 7865. A complete list of each of the Debtors in these Chapter 11 Cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/HughesSatellite. The location of the Debtors' corporate headquarters and the Debtors' service address is 9601 S. Meridian Blvd., Englewood, Colorado 80112.

September 16, 2026
Houston, Texas

*/s/ Charles R. Koster*

**WHITE & CASE LLP**
Charles R. Koster (Texas Bar No. 24128278)
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone: (713) 496-9700
Facsimile: (713) 496-9701
Email: charles.koster@whitecase.com

Roberto J. Kampfner (admitted *pro hac vice*)
555 S. Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Email: rkampfner@whitecase.com

David M. Turetsky (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: david.turetsky@whitecase.com

**WHITE & CASE LLP**
Thomas E Lauria (Texas Bar No. 11998025)
Michael C. Shepherd (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Fan B. He (admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Email: tlauria@whitecase.com
mshepherd@whitecase.com
mbrown@whitecase.com
fhe@whitecase.com

Jason N. Zakia (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Adam T. Swingle (admitted *pro hac vice*)
300 North La Salle Drive
Chicago, Illinois 60654
Telephone: (312) 881-5400
Email: jzakia@whitecase.com
mlinder@whitecase.com
adam.swingle@whitecase.com

*Proposed Counsel to Debtors and Debtors-in-Possession*

**Certificate of Service**

I certify that on September 16, 2026, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Charles R. Koster*
Charles R. Koster