**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Hughes Satellite Systems Corporation, *et al.*,[1] | ) | Case No. 26-90739 (ARP) |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF FILING OF UPDATED CASH COLLATERAL BUDGET**
**[Relates to Docket. Nos. 15, 69, 274, 370]**

**PLEASE TAKE NOTICE** that, on August 2, 2026, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**")[2] filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**") commencing these chapter 11 cases (the "**Chapter 11 Cases**").

**PLEASE TAKE FURTHER NOTICE** that on August 2, 2026, the Debtors filed the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Dkt. No. 15] (the "**Cash Collateral Motion**") seeking entry of the proposed interim order attached thereto (the "**Proposed Interim Order**").

**PLEASE TAKE FURTHER NOTICE** that on August 4, 2026, the Court entered the *Interim Order (I) Authorizing Use of the Debtors' Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Dkt. No. 78], including all exhibits thereto (the "**First Interim Cash Collateral Order**").

**PLEASE TAKE FURTHER NOTICE** that, on August 28, 2026, the Court entered the *Corrected Second Interim Order (I) Authorizing Use of the Debtors' Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Dkt. No. 274], including all exhibits thereto (the "**Second Interim Cash Collateral Order**").

---

[1] The last four digits of Hughes Satellite Systems Corporation's tax identification number are 7865. A complete list of each of the Debtors in these Chapter 11 Cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/HughesSatellite. The location of the Debtors' corporate headquarters and the Debtors' service address is 9601 S. Meridian Blvd., Englewood, Colorado 80112.

[2] Capitalized terms used and not defined herein have the meanings ascribed to such terms in the Cash Collateral Motion.

**PLEASE TAKE FURTHER NOTICE** that, on September 21, 2026, the Court entered the *Third Interim Order (I) Authorizing Continued Use of the Debtors' Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Dkt. No. 370], including all exhibits thereto (the "**Third Interim Cash Collateral Order**").

**PLEASE TAKE FURTHER NOTICE** that under paragraph 21 of the Third Interim Cash Collateral Order, the Debtors are required to publicly file with the Court an updated Budget on or before 5:00 p.m., prevailing Central Time, on each Friday, commencing on the first Friday following entry of the Third Interim Order and continuing on each successive Friday thereafter.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file and attach the updated Budget as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that nothing in this Notice shall modify, amend, or supplement any order of the Court unless and until approved by the Court.

**PLEASE TAKE FURTHER NOTICE** that all documents filed in these Chapter 11 Cases are available free of charge by visiting https://dm.epiq11.com/HughesSatellite. Copies of any pleadings or papers filed with the Court may also be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of Page Intentionally Left Blank]*

September 25, 2026
Houston, Texas

Respectfully submitted,

*/s/ Charles R. Koster*

**WHITE & CASE LLP**
Charles R. Koster (Texas Bar No. 24128278)
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone: (713) 496-9700
Facsimile: (713) 496-9701
Email: charles.koster@whitecase.com

Roberto J. Kampfner (admitted *pro hac vice*)
555 S. Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Email: rkampfner@whitecase.com

David M. Turetsky (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: david.turetsky@whitecase.com

**WHITE & CASE LLP**
Thomas E Lauria (Texas Bar No. 11998025)
Michael C. Shepherd (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Fan B. He (admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Email: tlauria@whitecase.com
mshepherd@whitecase.com
mbrown@whitecase.com
fhe@whitecase.com

Jason N. Zakia (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Adam T. Swingle (admitted *pro hac vice*)
300 North La Salle Drive
Chicago, Illinois 60654
Telephone: (312) 881-5400
Email: jzakia@whitecase.com
mlinder@whitecase.com
adam.swingle@whitecase.com

*Proposed Counsel to Debtors and Debtors-in-Possession*

**Certificate of Service**

I certify that on September 25, 2026, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Charles R. Koster*
Charles R. Koster