# Exhibit A

## Updated Budget

**13-Week Forecast**
*($ in Mns)*

| | Week 1<br>Sep-26<br>9/25/26 | Week 2<br>Oct-26<br>10/2/26 | Week 3<br>Oct-26<br>10/9/26 | Week 4<br>Oct-26<br>10/16/26 | Week 5<br>Oct-26<br>10/23/26 | Week 6<br>Oct-26<br>10/30/26 | Week 7<br>Nov-26<br>11/6/26 | Week 8<br>Nov-26<br>11/13/26 | Week 9<br>Nov-26<br>11/20/26 | Week 10<br>Nov-26<br>11/27/26 | Week 11<br>Dec-26<br>12/4/26 | Week 12<br>Dec-26<br>12/11/26 | Week 13<br>Dec-26<br>12/18/26 | 13 Week<br>Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Receipts** | | | | | | | | | | | | | | |
| Receipts | $ 14.6 | $ 15.4 | $ 18.5 | $ 15.7 | $ 15.3 | $ 15.1 | $ 16.0 | $ 15.2 | $ 15.1 | $ 14.9 | $ 18.2 | $ 15.9 | $ 15.5 | $ 205.4 |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Payroll & Benefits | $ (0.4) | $ (7.8) | $ (0.4) | $ (7.1) | $ (0.4) | $ (5.8) | $ (0.5) | $ (5.8) | $ (0.4) | $ (5.8) | $ (0.5) | $ (5.8) | $ (0.4) | $ (41.2) |
| Operating Expenses | (1.6) | (5.2) | (3.8) | (4.8) | (3.7) | (5.2) | (6.1) | (4.8) | (4.4) | (3.1) | (4.7) | (5.0) | (4.6) | (56.9) |
| Inventory Purchases | (1.8) | (3.2) | (3.0) | (2.3) | (2.0) | (3.2) | (2.5) | (3.2) | (3.1) | (3.1) | (2.7) | (2.9) | (2.1) | (35.1) |
| Occupancy and Leases | (2.8) | (4.8) | (1.6) | (1.3) | (1.4) | (1.6) | (2.9) | (0.3) | (2.4) | (1.6) | (2.9) | (0.3) | (1.2) | (25.0) |
| J3 Lease | - | - | - | - | (15.9) | - | - | - | (15.9) | - | - | - | - | (31.8) |
| All Other | (0.7) | (2.5) | (1.6) | (3.6) | (2.2) | (2.9) | (1.6) | (1.9) | (3.1) | (2.5) | (1.7) | (1.6) | (3.5) | (29.3) |
| Total Operating Disbursements | $ (7.4) | $ (23.4) | $ (10.3) | $ (19.1) | $ (25.4) | $ (18.7) | $ (13.7) | $ (16.1) | $ (29.4) | $ (16.0) | $ (12.5) | $ (15.5) | $ (11.9) | $ (219.4) |
| **Operating Cash Flow** | **$ 7.2** | **$ (8.0)** | **$ 8.2** | **$ (3.5)** | **$ (10.1)** | **$ (3.6)** | **$ 2.4** | **$ (0.9)** | **$ (14.3)** | **$ (1.1)** | **$ 5.7** | **$ 0.4** | **$ 3.6** | **$ (14.0)** |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | |
| Debt Service | $ - | $ (3.4) | $ - | $ - | $ - | $ - | $ (3.4) | $ - | $ - | $ - | $ (3.4) | $ - | $ - | $ (10.1) |
| Professional Fees | - | (0.1) | - | - | - | (0.5) | (0.1) | - | - | - | (0.1) | - | - | (0.8) |
| First Day Motion Payments | (1.0) | (4.7) | (3.4) | (1.7) | (0.3) | - | - | - | - | - | - | - | - | (11.0) |
| Total Non-Operating Disbursements | $ (1.0) | $ (8.1) | $ (3.4) | $ (1.7) | $ (0.3) | $ (0.5) | $ (3.5) | $ - | $ - | $ - | $ (3.5) | $ - | $ - | $ (21.9) |
| **Net Cash Flow** | **$ 6.2** | **$ (16.1)** | **$ 4.8** | **$ (5.1)** | **$ (10.4)** | **$ (4.1)** | **$ (1.1)** | **$ (0.9)** | **$ (14.3)** | **$ (1.1)** | **$ 2.2** | **$ 0.4** | **$ 3.6** | **$ (35.9)** |
| Beginning Domestic Book Cash | $ 121.5 | $ 127.7 | $ 111.6 | $ 116.4 | $ 111.2 | $ 100.8 | $ 96.8 | $ 95.6 | $ 94.7 | $ 80.5 | $ 79.4 | $ 81.6 | $ 82.0 | $ 121.5 |
| (+/-) Net Change in Cash | 6.2 | (16.1) | 4.8 | (5.1) | (10.4) | (4.1) | (1.1) | (0.9) | (14.3) | (1.1) | 2.2 | 0.4 | 3.6 | (35.9) |
| **Ending Domestic Book Cash** | **$ 127.7** | **$ 111.6** | **$ 116.4** | **$ 111.2** | **$ 100.8** | **$ 96.8** | **$ 95.6** | **$ 94.7** | **$ 80.5** | **$ 79.4** | **$ 81.6** | **$ 82.0** | **$ 85.6** | **$ 85.6** |