UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re: Hughes Satellite Systems Corporation
Debtor

Case No.: 26−90739

Chapter: 11

# NOTICE OF FILING OF OFFICIAL TRANSCRIPT

An official transcript has been filed in this case and it may contain information protected under the E-Government Act of 2002, and Fed. R. Bank. P. 9037.

Transcripts will be electronically available on PACER to the public 90 days after their filing with the court. To comply with privacy requirements of Fed. R. Bank. P. 9037, the parties must ensure that certain protected information is redacted from transcripts prior to their availability on PACER.

If redaction is necessary, the parties must file a statement of redaction listing the items to be redacted, citing the transcript's docket number, the item's location by page and line, and including only the following portions of the protected information. This statement must be filed within 21 days of the transcript being filed. A suggested form for the statement of redaction is available at https://www.txs.uscourts.gov/.

- the last four digits of the social security number or taxpayer identification number;
- the year of the individual's birth;
- the minor's initials;
- the last four digits of the financial account number; and
- the city and state of the home address.

Any additional redaction requires a separate motion and Court approval.

A party may review the transcript at the Clerk's Office public terminals or purchase it by following the instruction on our website at https://www.txs.uscourts.gov/ or by calling (713) 250−5500 . A party is only responsible for reviewing the:

- opening and closing statements made on the party's behalf;
- statements of the party;
- testimony of any witness called by the party; and
- any other portion of the transcript as ordered by the court.

Redaction is your responsibility. The Clerk, court reporter, or transcriber will not review this transcript for compliance.

Nathan Ochsner
Clerk of Court

United States Bankruptcy Court
Southern District of Texas

In re: Case No. 26-90739-arp
Hughes Satellite Systems Corporation Chapter 11
Official Committee Of Unsecured Creditor
Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4 User: ADIuser Page 1 of 10
Date Rcvd: Sep 23, 2026 Form ID: ntctran Total Noticed: 79

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hughes Satellite Systems Corporation, 9601 S. Meridian Blvd., Englewood, CO 80112-5905 |
| cr | + | ARCSmart Solutions, LLC, Sacks Tierney PA, c/o Philip R. Rudd, 4250 N. Drinkwater, 4th Floor, Scottsdale, AZ 85251-3693 |
| cr | + | City of Encinal, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205-1588 |
| cr | + | Collin County, Collin College, City of McKinney, M, Abernathy, Roeder, Boyd & Hullett, P.C., 1700 Redbud Blvd., Suite 300, McKinney, TX 75069-3276 |
| cr | + | HDF Logistics, LLC, 42 Main Street, Lincoln, ME 04457-1437 |
| cr | + | Premix-Hadlock Composites, LLC, c/o Theodore J. Czaplicki, 101 Central Plaza South, Suite 1200, Canton, OH 44702-1447 |
| cr | + | Qualcomm Incorporated, c/o J. Zachary Balasko, ROBINSON & COLE LLP, 1201 Pennsylvania Ave NW, Suite 820, Washington, DC 20004-2471 |
| cr | + | T-Mobile USA, Inc., c/o Alston & Bird LLP, Attn: James J. Vincequerra, 90 Park Avenue, New York, NY 10016-1387 |
| cr | | Texas Taxing Entities Represented by McCreary, Ves, McCreary, Veselka, Bragg & Allen, P.C., P.O. Box 1269, Round Rock, TX 78680-1269 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 23 2026 21:00:00 | Angelina County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: edinburgbankruptcy@pbfcm.com | Sep 23 2026 20:59:00 | Brownsville Independent School District, Cameron C, c/o Hiram A. Gutierrez, P.O. Box 2916, McAllen, Tx 78502-2916 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 23 2026 21:00:00 | City of Houston, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 23 2026 21:00:00 | City of Pasadena, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 23 2026 21:00:00 | Cypress-Fairbanks ISD, c/o Tara L. Grundemeier, PO BOX 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Sep 23 2026 21:01:00 | Dallas County, c/o John Kendrick Turner, 3500 Maple Avenue, Suite 800, Dallas, TX 75219, UNITED STATES 75219-3959 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 23 2026 21:00:00 | Fort Bend County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 23 2026 21:00:00 | Galveston County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 23 2026 21:00:00 | Hardin-Jefferson ISD, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box |

| | | | |
|---|---|---|---|
| | | | 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Sep 23 2026 21:00:00 | Harris County ESD #01, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Sep 23 2026 21:00:00 | Harris County ESD #03, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Sep 23 2026 21:00:00 | Harris County ESD #04, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Sep 23 2026 21:00:00 | Harris County ESD #05, c/o Tara L Grundemeier, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Sep 23 2026 21:00:00 | Harris County ESD #07, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Sep 23 2026 21:00:00 | Harris County ESD #08, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Sep 23 2026 21:00:00 | Harris County ESD #09, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Sep 23 2026 21:00:00 | Harris County ESD #11, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Sep 23 2026 21:00:00 | Harris County ESD #16, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Sep 23 2026 21:00:00 | Harris County ESD #21, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Sep 23 2026 21:00:00 | Harris County ESD #80, c/o Tara L. Grundemeier, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, TX 77253-3064 |
| cr | + Email/Text: houston_bankruptcy@LGBS.com | Sep 23 2026 21:00:00 | Houston City College, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064, UNITED STATES 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Sep 23 2026 21:00:00 | Houston Community College System, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Sep 23 2026 21:00:00 | Houston ISD, c/o Tara L. Grundemeier, PO BOX 3064, Houston, TX 77253-3064 |
| cr | ^ MEBN | Sep 23 2026 21:00:48 | Imperial County Treasurer - Tax Collector, 940 W. Main St., Suite 106, El Centro, CA 92243 |
| cr | + Email/Text: houston_bankruptcy@LGBS.com | Sep 23 2026 21:00:00 | Jasper County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Sep 23 2026 21:00:00 | Jefferson County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Sep 23 2026 21:00:00 | Katy ISD, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | Sep 23 2026 20:59:00 | Bexar County, Linebarger Goggan Blair & Sampson, LLP, c/o Don Stecker, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |

| | | | |
|---|---|---|---|
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | Sep 23 2026 20:59:00 | Eagle Pass ISD, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205, UNITED STATES |
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | Sep 23 2026 20:59:00 | City of Cotulla, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | Sep 23 2026 20:59:00 | Kinney CAD, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | Sep 23 2026 20:59:00 | Frio Hospital District, 112 E Pecan Street, Suite 2200, San Antonio, TX 78205 |
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | Sep 23 2026 20:59:00 | City of Dilley, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | Sep 23 2026 20:59:00 | Pearsall ISD, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205, UNITED STATES |
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | Sep 23 2026 20:59:00 | Dilley ISD, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | Sep 23 2026 20:59:00 | City of Pearsall, Linebarger Goggan Blair & Sampson, LLP, 112 E Pecan Street, Suite 2200, San Antonio, TX 78205 |
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | Sep 23 2026 20:59:00 | Val Verde County, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | Sep 23 2026 20:59:00 | La Salle County, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | Sep 23 2026 20:59:00 | City of Pleasanton, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | Sep 23 2026 20:59:00 | Ector CAD, 112 E Pecan Street, Suite 2200, San Antonio, TX 78205 |
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | Sep 23 2026 20:59:00 | Pecos County, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | Sep 23 2026 20:59:00 | Hudspeth AD, Linebarger Goggan Blair & Sampson, LLP, 112 E. Pecan Street, Suite 2200, c/o Don Stecker, San Antonio, TX 78205 |
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | Sep 23 2026 20:59:00 | Cotulla ISD, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | Sep 23 2026 20:59:00 | McMullen County, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | Sep 23 2026 20:59:00 | Crane County, 112 E Pecan Street, Suite 2200, San Antonio, TX 78205 |
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | Sep 23 2026 20:59:00 | Zavala CAD, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | Sep 23 2026 20:59:00 | Winkler County, 112 E Pecan Street, Suite 2200, San Antonio, TX 78205 |
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | Sep 23 2026 20:59:00 | Wilson County, 112 E Pecan Street, Suite 2200, San Antonio, TX 78205 |
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | Sep 23 2026 20:59:00 | Ward County, 112 E Pecan Street, Suite 2200, San Antonio, TX 78205 |
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | Sep 23 2026 20:59:00 | Reeves County, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | Sep 23 2026 20:59:00 | Karnes City ISD, 112 E Pecan Street, Suite 2200, San Antonio, TX 78205 |
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | Sep 23 2026 20:59:00 | Gonzales County, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | | |

| | | | | |
|---|---|---|---|---|
| cr | | Email/Text: sanantonio.bankruptcy@publicans.com | Sep 23 2026 20:59:00 | CITY OF EAGLE PASS, 112 E. Pecan St., Suite 2200, San Antonio, TX 78205 |
| cr | | Email/Text: sanantonio.bankruptcy@publicans.com | Sep 23 2026 20:59:00 | Atascosa County, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 23 2026 21:00:00 | Liberty County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Housotn, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 23 2026 21:00:00 | Lone Star College System, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 23 2026 21:00:00 | Madison County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 23 2026 21:00:00 | Matagorda County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: schristianson@buchalter.com | Sep 23 2026 20:59:00 | Oracle America, Inc., Buchalter LLP, c/o Shawn M. Christianson, Esq., 425 Market St., Suite 2900, San Francisco, CA 94105-2491 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 23 2026 21:00:00 | Orange County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 23 2026 21:00:00 | Polk County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: russj4478@aol.com | Sep 23 2026 21:00:00 | Potomac Electric Power Company, c/o Russell R. Johnson, III, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | + | Email/Text: bdept@mrrlaw.net | Sep 23 2026 20:59:00 | Prince George's County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Ste. 400, Riverdale Park, MD 20737-1331 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 23 2026 21:00:00 | Sabine County, c/o Tara L. Grundemeier, Linebarger Goggan Blair & Sampson LLP, P.O. Box 3064, Houston, Tx 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 23 2026 21:00:00 | San Augustine County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 23 2026 21:00:00 | Shelby County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: AGBankRevenue@ag.tn.gov | Sep 23 2026 20:59:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Sep 23 2026 21:01:00 | Tarrant County, c/o John Kendrick Turner, 3500 Maple Avenue, Suite 800, Dallas, TX 75219, UNITED STATES 75219-3959 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 23 2026 21:00:00 | Texas City ISD, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: houston_bankruptcy@LGBS.com | Sep 23 2026 21:00:00 | Tyler County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |

TOTAL: 70

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cameron County |
| intp | | Delta Air Lines, Inc. |
| intp | | EchoStar Corporation |
| op | | Epiq Corporate Restructuring, LLC |
| cr | | Hidalgo County |
| cr | | Infosys Limited |
| cr | | Lanteris Space LLC |
| cr | | Lee County |
| cr | | Lumen Technologies, Inc. |
| intp | | M&T Bank |
| cr | | McLennan County |
| cr | | Nueces County |
| crcm | | Official Committee Of Unsecured Creditors |
| cr | | PMX Agency LLC d/b/a Assembly |
| op | | Special Committee of Disinterested Directors |
| cr | | The Noteholders |
| cr | | U.S. Bank Trust Company, National Association, in |
| cr | | VectorNav Technologies, LLC |
| cr | | Wilmington Savings Fund Society, FSB |
| intp | | Zayo Group, LLC |

TOTAL: 20 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Swingle | on behalf of Debtor Hughes Satellite Systems Corporation adam.swingle@whitecase.com mco@whitecase.com |
| Allison Heather Weiss | on behalf of Debtor Hughes Satellite Systems Corporation aweiss@steptoe.com |
| Annmarie Antoinette Chiarello | on behalf of Creditor VectorNav Technologies LLC achiarello@winstead.com, poakley@winstead.com |
| Benjamin Beller | on behalf of Interested Party EchoStar Corporation bellerb@sullcrom.com |
| Benjamin Lawrence Wallen | on behalf of Interested Party Zayo Group LLC bwallen@pszjlaw.com, klabrada@pszjlaw.com |
| Brian Thomas Frawley | on behalf of Interested Party EchoStar Corporation frawleyb@sullcrom.com |
| Catherine V. LoTempio | on behalf of Creditor U.S. Bank Trust Company National Association, in its capacity as indenture trustee lotempio@sewkis.com, managingclerkoffice@sewkis.com |

| | |
|---|---|
| Chaim Aronov | on behalf of Debtor Hughes Satellite Systems Corporation caronov@steptoe.com |
| Charles R Gibbs | on behalf of Creditor Committee Official Committee Of Unsecured Creditors Crgibbs@mcdermottlaw.com dnorthrop@mwe.com;jbishopjones@mwe.com;nalindogan@mcdermottlaw.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com |
| Charles R. Koster | on behalf of Debtor EchoStar Orbital L.L.C. ckoster@whitecase.com mco@whitecase.com |
| Charles R. Koster | on behalf of Debtor EchoStar Government Services L.L.C. ckoster@whitecase.com mco@whitecase.com |
| Charles R. Koster | on behalf of Debtor HNS-India VSAT Inc. ckoster@whitecase.com, mco@whitecase.com |
| Charles R. Koster | on behalf of Debtor Hughes Communications Inc. ckoster@whitecase.com, mco@whitecase.com |
| Charles R. Koster | on behalf of Debtor HNS Americas L.L.C. ckoster@whitecase.com, mco@whitecase.com |
| Charles R. Koster | on behalf of Debtor EchoStar Satellite Services L.L.C. ckoster@whitecase.com mco@whitecase.com |
| Charles R. Koster | on behalf of Debtor Hughes Network Systems International Service Company ckoster@whitecase.com mco@whitecase.com |
| Charles R. Koster | on behalf of Debtor Hughes Network Systems LLC ckoster@whitecase.com, mco@whitecase.com |
| Charles R. Koster | on behalf of Debtor HNS Real Estate LLC ckoster@whitecase.com, mco@whitecase.com |
| Charles R. Koster | on behalf of Debtor Hughes Satellite Systems Corporation ckoster@whitecase.com mco@whitecase.com |
| Charles R. Koster | on behalf of Debtor HNS Americas II L.L.C. ckoster@whitecase.com, mco@whitecase.com |
| Charles R. Koster | on behalf of Debtor HNS License Sub LLC ckoster@whitecase.com, mco@whitecase.com |
| Claire Campbell | on behalf of Debtor Hughes Satellite Systems Corporation claire.campbell@whitecase.com mco@whitecase.com |
| David Michel Turetsky | on behalf of Debtor Hughes Satellite Systems Corporation david.turetsky@whitecase.com mco@whitecase.com |
| Diane Wade Sanders | on behalf of Creditor McLennan County austin.bankruptcy@publicans.com |
| Diane Wade Sanders | on behalf of Creditor Nueces County austin.bankruptcy@publicans.com |
| Diane Wade Sanders | on behalf of Creditor Hidalgo County austin.bankruptcy@publicans.com |
| Diane Wade Sanders | on behalf of Creditor Lee County austin.bankruptcy@publicans.com |
| Diane Wade Sanders | on behalf of Creditor Cameron County austin.bankruptcy@publicans.com |
| Don Stecker | on behalf of Creditor Dilley ISD sanantonio.bankruptcy@lgbs.com don.stecker@ecf.courtdrive.com |
| Don Stecker | on behalf of Creditor Frio Hospital District sanantonio.bankruptcy@lgbs.com don.stecker@ecf.courtdrive.com |
| Don Stecker | on behalf of Creditor Ector CAD sanantonio.bankruptcy@lgbs.com don.stecker@ecf.courtdrive.com |
| Don Stecker | on behalf of Creditor City of Cotulla sanantonio.bankruptcy@lgbs.com don.stecker@ecf.courtdrive.com |
| Don Stecker | on behalf of Creditor Gonzales County sanantonio.bankruptcy@lgbs.com don.stecker@ecf.courtdrive.com |
| Don Stecker | on behalf of Creditor Bexar County sanantonio.bankruptcy@lgbs.com don.stecker@ecf.courtdrive.com |
| Don Stecker | |

| | |
|---|---|
| | on behalf of Creditor CITY OF EAGLE PASS sanantonio.bankruptcy@lgbs.com don.stecker@ecf.courtdrive.com |
| Don Stecker | on behalf of Creditor Karnes City ISD sanantonio.bankruptcy@lgbs.com don.stecker@ecf.courtdrive.com |
| Don Stecker | on behalf of Creditor La Salle County sanantonio.bankruptcy@lgbs.com don.stecker@ecf.courtdrive.com |
| Don Stecker | on behalf of Creditor Wilson County sanantonio.bankruptcy@lgbs.com don.stecker@ecf.courtdrive.com |
| Don Stecker | on behalf of Creditor Winkler County sanantonio.bankruptcy@lgbs.com don.stecker@ecf.courtdrive.com |
| Don Stecker | on behalf of Creditor Val Verde County sanantonio.bankruptcy@lgbs.com don.stecker@ecf.courtdrive.com |
| Don Stecker | on behalf of Creditor McMullen County sanantonio.bankruptcy@lgbs.com don.stecker@ecf.courtdrive.com |
| Don Stecker | on behalf of Creditor Ward County sanantonio.bankruptcy@lgbs.com don.stecker@ecf.courtdrive.com |
| Don Stecker | on behalf of Creditor Kinney CAD sanantonio.bankruptcy@lgbs.com don.stecker@ecf.courtdrive.com |
| Don Stecker | on behalf of Creditor City of Dilley sanantonio.bankruptcy@lgbs.com don.stecker@ecf.courtdrive.com |
| Don Stecker | on behalf of Creditor City of Pleasanton sanantonio.bankruptcy@lgbs.com don.stecker@ecf.courtdrive.com |
| Don Stecker | on behalf of Creditor Cotulla ISD sanantonio.bankruptcy@lgbs.com don.stecker@ecf.courtdrive.com |
| Don Stecker | on behalf of Creditor Pecos County sanantonio.bankruptcy@lgbs.com don.stecker@ecf.courtdrive.com |
| Don Stecker | on behalf of Creditor Hudspeth AD sanantonio.bankruptcy@lgbs.com don.stecker@ecf.courtdrive.com |
| Don Stecker | on behalf of Creditor Reeves County sanantonio.bankruptcy@lgbs.com don.stecker@ecf.courtdrive.com |
| Don Stecker | on behalf of Creditor City of Encinal sanantonio.bankruptcy@lgbs.com don.stecker@ecf.courtdrive.com |
| Don Stecker | on behalf of Creditor Eagle Pass ISD sanantonio.bankruptcy@lgbs.com don.stecker@ecf.courtdrive.com |
| Don Stecker | on behalf of Creditor City of Pearsall sanantonio.bankruptcy@lgbs.com don.stecker@ecf.courtdrive.com |
| Don Stecker | on behalf of Creditor Zavala CAD sanantonio.bankruptcy@lgbs.com don.stecker@ecf.courtdrive.com |
| Don Stecker | on behalf of Creditor Atascosa County sanantonio.bankruptcy@lgbs.com don.stecker@ecf.courtdrive.com |
| Don Stecker | on behalf of Creditor Pearsall ISD sanantonio.bankruptcy@lgbs.com don.stecker@ecf.courtdrive.com |
| Don Stecker | on behalf of Creditor Crane County sanantonio.bankruptcy@lgbs.com don.stecker@ecf.courtdrive.com |
| Edmond J Ford | on behalf of Creditor HDF Logistics LLC eford@fordlaw.com |
| Fan B. He | on behalf of Debtor Hughes Satellite Systems Corporation fhe@whitecase.com mco@whitecase.com |
| Gabriela Delgado | on behalf of Debtor Hughes Satellite Systems Corporation gabriela.delgado@whitecase.com |
| Ha Minh Nguyen | on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov |
| Hiram A Gutierrez | on behalf of Creditor Brownsville Independent School District Cameron County Drainage District No.6, City of Alamo, City of Mercedes, City of Palmview, City of Penitas edinburgbankruptcy@pbfcm.com, hidalgolegal@ecf.courtdrive.com |
| James Vincequerra | on behalf of Creditor T-Mobile USA Inc. james.vincequerra@alston.com |

James L Bromley
on behalf of Interested Party EchoStar Corporation bromleyj@sullcrom.com

Jared M Slade
on behalf of Creditor T-Mobile USA Inc. jared.slade@alston.com, Leah.McNeill@alston.com;Jacob.Johnson@alston.com;melanie.mizrahie@alston.com;brian.laine@alston.com

Jason N. Zakia
on behalf of Debtor Hughes Satellite Systems Corporation jzakia@whitecase.com mco@whitecase.com

Jessica L Cousineau
on behalf of Creditor Texas Taxing Entities Represented by McCreary Veselka, Bragg & Allen jessica.cousineau@mvbalaw.com, anne.garza@mvbalaw.com;karla.alexander@mvbalaw.com;amy.gates@mvbalaw.com

John Kendrick Turner
on behalf of Creditor Dallas County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Tarrant County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John R Ashmead
on behalf of Creditor U.S. Bank Trust Company National Association, in its capacity as indenture trustee ashmead@sewkis.com, rodriguezr@sewkis.com

John Zachary Balasko
on behalf of Creditor Qualcomm Incorporated zbalasko@rc.com

Justin DeCamp
on behalf of Interested Party EchoStar Corporation decampj@sullcrom.com

Kathryn A Coleman
on behalf of Interested Party Delta Air Lines Inc. katie.coleman@hugheshubbard.com, katie-coleman-0482@ecf.pacerpro.com;managing-attorney-4212@ecf.pacerpro.com;managingattorney@hugheshubbard.com

Keri L. Costello
on behalf of Interested Party M&T Bank kcostello@sullivanlaw.com

Kevin M. Capuzzi
on behalf of Creditor Infosys Limited kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kiran K Vakamudi
on behalf of Creditor Wilmington Savings Fund Society FSB kvakamudi@velaw.com

Laurel Roglen
on behalf of Creditor PMX Agency LLC d/b/a Assembly roglenl@ballardspahr.com

Lucas Lyle Schneider
on behalf of Creditor Lumen Technologies Inc. lucas.schneider@huschblackwell.com, christine.deacon@huschblackwell.com

Matthew Coleman Brown
on behalf of Debtor Hughes Satellite Systems Corporation mbrown@whitecase.com

Matthew Evan Linder
on behalf of Debtor Hughes Satellite Systems Corporation mlinder@whitecase.com mco@whitecase.com

Oliver Stephen Zeltner
on behalf of Creditor The Noteholders ozeltner@jonesday.com courtalert@jonesday.com

Pantelis Michalopoulos
on behalf of Debtor Hughes Satellite Systems Corporation pmichalopoulos@steptoe.com

Paul M. Lopez
on behalf of Creditor Collin County Collin College, City of McKinney, McKinney ISD, City of Plano, Plano ISD, Melissa ISD, Princeton ISD, City of Celina, Celina ISD, Royse City ISD, City of Sherman, Van Alstyne ISD bankruptcy@abernathy-law.com

Peter Joseph Strom
on behalf of Debtor Hughes Satellite Systems Corporation peter.strom@whitecase.com mco@whitecase.com

Philip R. Rudd
on behalf of Creditor ARCSmart Solutions LLC philip.rudd@sackstierney.com, cathie.bernales@sackstierney.com;bernales@sackstierney.com;sackstierney@myecfx.com

Roberto J Kampfner
on behalf of Debtor Hughes Satellite Systems Corporation rkampfner@whitecase.com dbaumstein@whitecase.com;amackintosh@whitecase.com;ladocketing@whitecase.com;mco@whitecase.com

Sharon Marie Beausoleil
on behalf of Creditor Lanteris Space LLC sharon@beausoleil-legal.com rdiep@foley.com;docketflow@foley.com;sharon-beausoleil-5887@ecf.pacerpro.com

Shawn M Christianson
on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Shivani Patel
on behalf of Creditor U.S. Bank Trust Company National Association, in its capacity as indenture trustee shivani.patel@sewkis.com

Stephen R. Butler
on behalf of Creditor TN Dept of Revenue agbanktexas@ag.tn.gov

Tabitha Joy DePaulo
on behalf of Other Prof. Special Committee of Disinterested Directors tabitha.depaulo@kirkland.com

Tabitha Joy DePaulo
on behalf of Debtor Hughes Satellite Systems Corporation tabitha.depaulo@kirkland.com

Tara L Grundemeier
on behalf of Creditor Jefferson County houston_bankruptcy@lgbs.com

Tara L Grundemeier
on behalf of Creditor Harris County ESD #09 houston_bankruptcy@lgbs.com

Tara L Grundemeier
on behalf of Creditor Harris County ESD #03 houston_bankruptcy@lgbs.com

Tara L Grundemeier
on behalf of Creditor Harris County ESD #07 houston_bankruptcy@lgbs.com

Tara L Grundemeier
on behalf of Creditor Shelby County houston_bankruptcy@lgbs.com

Tara L Grundemeier
on behalf of Creditor Harris County ESD #80 houston_bankruptcy@lgbs.com

Tara L Grundemeier
on behalf of Creditor Polk County houston_bankruptcy@lgbs.com

Tara L Grundemeier
on behalf of Creditor Liberty County houston_bankruptcy@lgbs.com

Tara L Grundemeier
on behalf of Creditor City of Pasadena houston_bankruptcy@lgbs.com

Tara L Grundemeier
on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@lgbs.com

Tara L Grundemeier
on behalf of Creditor Fort Bend County houston_bankruptcy@lgbs.com

Tara L Grundemeier
on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com

Tara L Grundemeier
on behalf of Creditor Harris County ESD #08 houston_bankruptcy@lgbs.com

Tara L Grundemeier
on behalf of Creditor Harris County ESD #11 houston_bankruptcy@lgbs.com

Tara L Grundemeier
on behalf of Creditor Houston City College houston_bankruptcy@lgbs.com

Tara L Grundemeier
on behalf of Creditor Sabine County houston_bankruptcy@lgbs.com

Tara L Grundemeier
on behalf of Creditor Harris County ESD #21 houston_bankruptcy@lgbs.com

Tara L Grundemeier
on behalf of Creditor Harris County ESD #05 houston_bankruptcy@lgbs.com

Tara L Grundemeier
on behalf of Creditor Katy ISD houston_bankruptcy@lgbs.com

Tara L Grundemeier
on behalf of Creditor Matagorda County houston_bankruptcy@lgbs.com

Tara L Grundemeier
on behalf of Creditor Orange County houston_bankruptcy@lgbs.com

Tara L Grundemeier
on behalf of Creditor Harris County ESD #01 houston_bankruptcy@lgbs.com

Tara L Grundemeier
on behalf of Creditor Harris County ESD #16 houston_bankruptcy@lgbs.com

Tara L Grundemeier

| | |
|---|---|
| | on behalf of Creditor Galveston County houston_bankruptcy@lgbs.com |
| Tara L Grundemeier | on behalf of Creditor Harris County ESD #04 houston_bankruptcy@lgbs.com |
| Tara L Grundemeier | on behalf of Creditor Tyler County houston_bankruptcy@lgbs.com |
| Tara L Grundemeier | on behalf of Creditor San Augustine County houston_bankruptcy@lgbs.com |
| Tara L Grundemeier | on behalf of Creditor Madison County houston_bankruptcy@lgbs.com |
| Tara L Grundemeier | on behalf of Creditor Hardin-Jefferson ISD houston_bankruptcy@lgbs.com |
| Tara L Grundemeier | on behalf of Creditor Jasper County houston_bankruptcy@lgbs.com |
| Tara L Grundemeier | on behalf of Creditor Texas City ISD houston_bankruptcy@lgbs.com |
| Tara L Grundemeier | on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com |
| Tara L Grundemeier | on behalf of Creditor Angelina County houston_bankruptcy@lgbs.com |
| Tara L Grundemeier | on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com |
| Tara L Grundemeier | on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com |
| Theodore Joseph Czaplicki | on behalf of Creditor Premix-Hadlock Composites LLC tczaplicki@mmfllaw.com |
| Timothy W. Walsh | on behalf of Debtor Hughes Satellite Systems Corporation twwalsh@steptoe.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |
| Vianey Garza | on behalf of U.S. Trustee US Trustee vianey.garza@usdoj.gov |
| Weldon Leslie Moore, III | on behalf of Creditor Potomac Electric Power Company wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net |
| William Hao | on behalf of Creditor T-Mobile USA Inc. william.hao@alston.com |

TOTAL: 132