**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Hughes Satellite Systems Corporation, *et al.*,[1] | ) | Case No. 26-90739 (ARP) |
| Debtors. | ) | (Jointly Administered) |

**CERTIFICATE OF COUNSEL REGARDING DEBTORS' APPLICATION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO (A) RETAIN AND EMPLOY FTI CONSULTING, INC., AND (B) DESIGNATE ROBERT DEL GENIO TO SERVE AS CHIEF RESTRUCTURING OFFICER EFFECTIVE AS OF THE PETITION DATE AND (II) GRANTING RELATED RELIEF**

[Relates to Docket No. 293]

Pursuant to the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") certify as follows:

1. On September 1, 2026, the Debtors filed the *Debtors' Application for Entry of an Order (I) Authorizing the Debtors to (A) Retain and Employ FTI Consulting, Inc., and (B) Designate Robert Del Genio to Serve as Chief Restructuring Officer Effective as of the Petition Date and (II) Granting Related Relief* [Docket No. 293] (the "**Application**"). The Application attached a form of proposed order (the "**Proposed Order**") [Docket No. 293-1].

2. The deadline for parties to file objections and responses to the Application was October 14, 2026 (the "**Objection Deadline**"). No objections or responses to the Application were filed on the docket by the Objection Deadline. The United States trustee (the "**U.S. Trustee**")

[1] The last four digits of Hughes Satellite Systems Corporation's tax identification number are 7865. A complete list of each of the Debtors in these Chapter 11 Cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/HughesSatellite. The location of the Debtors' corporate headquarters and the Debtors' service address is 9601 S. Meridian Blvd., Englewood, Colorado 80112.

provided a comment on the Proposed Order. Counsel has not received any informal objections or responses to the Application from any party.

3. A revised order incorporating minor changes and reflecting the U.S. Trustee's comment is attached hereto. A redline reflecting the changes to the Proposed Order is attached hereto as **Exhibit A**.

4. The Debtors respectfully request that the Court enter the revised proposed order attached hereto at its earliest convenience.

[*Remainder of page left intentionally blank*]

October 16, 2026
Houston, Texas

Respectfully submitted,

*/s/ Charles R. Koster*

**WHITE & CASE LLP**
Charles R. Koster (Texas Bar No. 24128278)
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone: (713) 496-9700
Facsimile: (713) 496-9701
Email: charles.koster@whitecase.com

Roberto J. Kampfner (admitted *pro hac vice*)
555 S. Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Email: rkampfner@whitecase.com

David M. Turetsky (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: david.turetsky@whitecase.com

**WHITE & CASE LLP**
Thomas E Lauria (Texas Bar No. 11998025)
Michael C. Shepherd (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Fan B. He (admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Email: tlauria@whitecase.com
mshepherd@whitecase.com
mbrown@whitecase.com
fhe@whitecase.com

Jason N. Zakia (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Adam T. Swingle (admitted *pro hac vice*)
300 North La Salle Drive
Chicago, Illinois 60654
Telephone: (312) 881-5400
Email: jzakia@whitecase.com
mlinder@whitecase.com
adam.swingle@whitecase.com

*Proposed Counsel to Debtors and Debtors-in-Possession*

**Certificate of Service**

I certify that on October 16, 2026, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Charles R. Koster*
Charles R. Koster