**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Hughes Satellite Systems Corporation, *et al.*,[1] | ) | Case No. 26-90739 (ARP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**AGENDA OF MATTERS SET FOR HEARING ON**
**OCTOBER 26, 2026 AT 1:30 P.M. (PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**") file this agenda of matters set for hearing on **October 26, 2026 at 1:30 p.m.** (prevailing Central Time) before the Honorable United States Bankruptcy Judge Alfredo R. Perez at the United States Bankruptcy Court for the Southern District of Texas, Houston Division, Courtroom 400, 515 Rusk Avenue, Houston, Texas 77002.

**A. Matter Going Forward**:

1. **Debtors' First Omnibus Motion for Rejection**. Debtors' First Omnibus Motion for Entry of an Order Authorizing the Rejection of Certain Unexpired Leases of Real Property Effective as of September 25, 2026 [Docket No. 386].

   **Status**: This matter is going forward.

   **Responses**:

   a. Nipomo West LLC's Objection to Debtors' First Omnibus Motion for Entry of an Order Authorizing the Rejection of Certain Unexpired Leases of Real Property Effective as of September 25, 2026 [Docket No. 496].

[1] The last four digits of Hughes Satellite Systems Corporation's tax identification number are 7865. A complete list of each of the Debtors in these Chapter 11 Cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/HughesSatellite. The location of the Debtors' corporate headquarters and the Debtors' service address is 9601 S. Meridian Blvd., Englewood, Colorado 80112.

October 23, 2026
Houston, Texas

*/s/ Charles R. Koster*

**WHITE & CASE LLP**
Charles R. Koster (Texas Bar No. 24128278)
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone: (713) 496-9700
Facsimile: (713) 496-9701
Email: charles.koster@whitecase.com

Roberto J. Kampfner (admitted *pro hac vice*)
555 S. Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Email: rkampfner@whitecase.com

David M. Turetsky (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: david.turetsky@whitecase.com

**WHITE & CASE LLP**
Thomas E Lauria (Texas Bar No. 11998025)
Michael C. Shepherd (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Fan B. He (admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Email: tlauria@whitecase.com
mshepherd@whitecase.com
mbrown@whitecase.com
fhe@whitecase.com

Jason N. Zakia (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Adam T. Swingle (admitted *pro hac vice*)
300 North La Salle Drive
Chicago, Illinois 60654
Telephone: (312) 881-5400
Email: jzakia@whitecase.com
mlinder@whitecase.com
adam.swingle@whitecase.com

*Proposed Counsel to Debtors and Debtors-in-Possession*

**Certificate of Service**

I certify that on October 23, 2026, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Charles R. Koster*
Charles R. Koster